# United States District Court

**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

v.

OSBALDO FARIAS
a/k/a "Baldo"

**WARRANT FOR ARREST**

CASE NUMBER: 5:08-cr-43-Oc-10GRJ

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest OSBALDO FARIAS and bring him forthwith to the nearest magistrate to answer an

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with conspiracy to commit murder and murder.

In violation of Title 18 United States Code, Sections 1117 & 1111.

**Sheryl L. Loesch**
Name of Issuing Officer

**Clerk, United States District Court**
Title of Issuing Officer

Signature of Issuing Officer

9/3/08  Ocala, Florida
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____   by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Ocala, FL

| DATE RECEIVED 09/03/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/04/08 | B. Rivera DUSMS | [signature] |